Rosen, J., concurring and dissenting:
I concur in the result only. I disagree with the majority's determination that registration is not a part of the criminal sentence and the resulting constitutional infirmities. Further, I agree with the reasons set forth in Justice Johnson's separate concurring opinion in State v. Thomas that addresses my additional concerns with the majority's rationale in this matter. See State v. Marinelli , 307 Kan. ----, 347 P.3d 239 (No. 111227, this day decided), slip op. at 30-35, 2015 WL 1882134 (Rosen, J., concurring); State v. Thomas , 307 Kan. ----, 327 P.3d 1052 (No. 109951, this day decided), slip op. at 22-24, 2014 WL 3020029 (Rosen, J., concurring and dissenting); Thomas , 307 Kan. at ----, slip op. at 24-33 (Johnson, J., concurring).
Beier and Johnson, JJ., join in the foregoing concurrence and dissent.